FILED
United States Court of Appeals
Tenth Circuit

December 18, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

BEKHAM BAHADORANI,

    Petitioner - Appellant,

v.

PAMELA BONDI, in her official capacity
as Attorney General, et al.,

    Respondents - Appellees.

No. 25-6177
(D.C. No. 5:25-CV-01091-PRW)
(W.D. Okla.)

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, and **BACHARACH**, Circuit Judge.
_____

An immigration judge ordered Mr. Bahadorani removed to Iran in 2015. After efforts to remove him were unsuccessful, he was released on an order of supervision in 2016. He remained under the order of supervision until his arrest in June 2025. Following his arrest, he applied for a writ of habeas corpus. *See* 28 U.S.C. § 2241. The district court denied the application, and Mr. Bahadorani has appealed. He now moves for release from confinement pending his appeal. Appellees oppose the motion.

Having carefully considered the parties' filings, we grant Mr. Bahadorani's motion. We order that he be released pending this appeal subject to conditions deemed appropriate by Appellees. Nothing in this order prevents Appellees from detaining

Mr. Bahadorani again if future events create a significant likelihood that he will be removed in the reasonably foreseeable future.

Entered for the Court

Per Curiam